UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| THOMAS WAYNE BIRDSONG | CIVIL ACTION NO. 25-cv-661 |
| VERSUS | JUDGE EDWARDS |
| B & D OPERATING CO INC ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Defendants Rosestone Operating Company, LLC and NR Resources, LLC filed a Diversity Jurisdiction Disclosure Statement (Doc. 45) and alleged that both LLCs are "wholly owned by Robert Imel," a domiciliary of Texas. The citizenship of an LLC is determined by the citizenship of all of its members. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). An allegation that an LLC is "wholly owned" by someone is not enough to allege citizenship with specificity. The party must set forth the members of the LLC, which may be different from owners in some states. SXSW, L.L.C. v. Fed. Ins. Co., 83 F.4th 405, 408 (5th Cir. 2023).

Rosestone and NR Resources must file, no later than **June 6, 2025**, an amended Diversity Jurisdiction Disclosure Statement that identifies their members and sets forth their citizenship is accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 3rd day of June, 2025.

Mark L. Hornsby
U.S. Magistrate Judge