UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| THOMAS WAYNE BIRDSONG | CIVIL ACTION NO. 25-cv-661 |
| VERSUS | JUDGE EDWARDS |
| B & D OPERATING CO INC ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Considering the reasons assigned in the thorough Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 58), and having reviewed the record, finding no objections to the Report and Recommendation, and concurring with the well-reasoned findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand (Doc. 10) filed by Plaintiff Thomas W. Birdsong is **GRANTED**, and that this case is hereby remanded to the Second Judicial District Court, Claiborne Parish, Louisiana for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the request for attorney fees and costs is **DENIED**. Any motion that may be pending in this case is hereby **DENIED AS MOOT.**

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this the 23rd day of June, 2025.

_____
JERRY EDWARDS, JR
UNITED STATES DISTRICT JUDGE